| United States District Court | Southern District of Texas |
|---|---|

Xtreme Lashes, LLC, *et al.*, §
§
       Plaintiffs, §
§
*versus* §    Civil Action H-07-2460
§
Xtended Beauty, Inc., §
§
       Defendant. §

## Final Judgment

1. Xtreme Lashes, LLC, and Joumana Mousselli take nothing from Xtended Beauty, Inc.

2. Xtended Beauty's second and third counterclaims are dismissed as moot.

3. Registration of the "Extend Your Beauty" mark by Xtreme Lashes, LLC, and Joumana Mousselli is cancelled. (78/698231)

4. Attorney's fees and other expenses are to be paid by the party incurring them.

5. On April 7th and 11th, 2008, and May 15th, the court rendered its findings and on the record.

Signed on August 25, 2008, at Houston, Texas.

                                                     Lynn N. Hughes
                                        United States District Judge