IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XTREME LASHES LLC AND JOUMANA MOUSSELLI, | § § § | |
| Plaintiffs | § § | |
| v. | § | Civil Action 4:07-cv-02460 |
| XTENDED BEAUTY INC. | § § § § | |
| Defendant. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Xtreme Lashes LLC and Joumana Mousselli appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on August 25, 2008 [Instrument #61].

Respectfully submitted,

STEELE STURM PLLC

*/s/ Charles Sturm*
Howard L. Steele, Jr.
ATTORNEY FOR PLAINTIFFS
Fed. Bar ID # 21615
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]

OF COUNSEL:

Charles Sturm
Fed. Bar ID # 21777
STEELE STURM PLLC
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]

## CERTIFICATE OF SERVICE

I certify that on September 2, 2008, the foregoing instrument was field electronically in compliance with Local Rule 5.1. As such, notice of filing is being served on the following counsel of record by the Court's electronic filing system:

>Mr. Paul Van Slyke
>Mr. Bruce Cannon
>LOCKE LORD BISSELL & LIDDELL LLP
>3400 Chase Tower
>600 Travis
>Houston, Texas 77002

_/s/ Charles Sturm_